Court of Appeals for the Seventh Circuit denied. *Mr. L. Ert. Slack* for petitioner. *Solicitor General Mitchell* and *Mr. Alfred A. Wheat* for the United States.

No. 468. OREGON AND CALIFORNIA RAILROAD COMPANY *v.* ANDREW B. HAMMOND AND CHARLES J. WINTON. October 18, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Oregon denied. *Messrs. Ben C. Dey* and *Alfred A. Hampson* for petitioner. *Messrs. Charles H. Carey* and *James B. Kerr* for respondents.

No. 469. OREGON AND CALIFORNIA RAILROAD COMPANY *v.* BOOTH-KELLY LUMBER COMPANY. October 18, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Oregon denied. *Messrs. Ben C. Dey* and *Alfred A. Hampson* for petitioner. *Messrs. Mark Norris* and *Glenn E. Husted* for respondent.

No. 471. W. J. McINNES, RECEIVER OF THE CITIZENS NATIONAL BANK, OF ROSWELL, N. M. *v.* AMERICAN SURETY COMPANY. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Renzo D. Bowers* for petitioner. No appearance for respondent.

No. 473. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS *v.* W. M. GRANTHAM. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Alexander H. McKnight, A. A. McLaughlin, Joseph M. Bryson,* and *Charles C. Huff* for petitioner. No appearance for respondent.